# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2027
LT Case No. 2018-DR-035749

_____

DONALD DUCHATEAU,

    Appellant,

    v.

JEANNINE DUCHATEAU n/k/a
JEANNINE DUCHATEAU VERBOS,

    Appellee.

_____

Appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Elizabeth Siano Harris, Mims, and Richard J. Feinberg,
Indialantic, for Appellant.

Edward E. Emrick IV, of the Emrick Family Law Firm,
Clermont, for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____